FILED
CLERK, U.S. DISTRICT COURT
MAR 8, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Ron Hassid, an individual,

Plaintiff,

v.

National Railroad Passenger Corporation, a District of Columbia corporation,

Defendant.

18-cv-01483 VAP (AFMx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's March 1, 2019 Order Granting Defendant National Railroad Passenger Corporation's Motion for Summary Judgment and Denying Plaintiff Ron Hassid's Motion for Summary Judgment (Doc. No. 41),

IT IS ORDERED AND ADJUDGED:

1. That the relief requested in Plaintiff Ron Hassid's Complaint be denied, and that judgment be entered in favor of Amtrak;

2. That the Amtrak Termination Right affords Amtrak the contractual right to terminate the Lease entirely on its own discretion and simply upon 180 days' notice to Hassid; and

1

3. That Amtrak's proposed use for the Lot of Maintenance of Way Storage is a "railroad purpose" as contemplated by the Lease.

The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   3/8/19

_____
Virginia A. Phillips
Chief United States District Judge